*State, Petitioner, v. Flores, Respondent*, No. 91986-1. Petition for review of a decision of the Court of Appeals, No. 32233-5-III, May 21, 2015, 188 Wn. App. 305. *Granted* December 2, 2015.

*In re Det. of Sease*, No. 91992-5. Petition for review of a decision of the Court of Appeals, No. 45512-9-II, July 14, 2015, 190 Wn. App. 29. *Granted* December 2, 2015. Review *dismissed* by order of the Supreme Court February 12, 2016.

*State, Respondent, v. Clark, Petitioner*, No. 92021-4. Petition for review of a decision of the Court of Appeals, No. 45103-4-II, June 23, 2015, 188 Wn. App. 1028. *Granted* December 2, 2015.

In re Personal Restraint of Stuhr, No. 91920-8. Motion for discretionary review of a decision of the Court of Appeals, No. 46988-0-II, June 24, 2015. *Granted* December 2, 2015.

*State, Petitioner, v. Strickland et al., Respondents*, No. 90240-2. Petition for review of a decision of the Court of Appeals, Nos. 42425-8-II and 42428-2-II, April 8, 2014, 180 Wn. App. 1023. *Denied* December 2, 2015.

*State, Respondent, v. Urquijo, Petitioner*, No. 90345-0. Petition for review of a decision of the Court of Appeals, No. 44205-1-II, May 6, 2014, 181 Wn. App. 1002. *Denied* December 2, 2015.

*State, Respondent, v. Thrower, Petitioner*, No. 90591-6. Petition for review of a decision of the Court of Appeals, No. 69950-4-I, June 30, 2014, 182 Wn. App. 1006. *Denied* December 2, 2015.

*State, Respondent, v. Thomas, Petitioner*, No. 90593-2. Petition for review of a decision of the Court of Appeals, No. 71738-3-I, July 7, 2014, 182 Wn. App. 1017. *Denied* December 2, 2015.